# Third District Court of Appeal

## State of Florida

Opinion filed January 31, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1280
Lower Tribunal No. 21-15028
_____

**D.D., the Mother,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Denise Martinez-Scanziani, Judge.

Law Offices of Roger Ally, P.A., and Roger Ally, for appellant.

Karla F. Perkins, for appellee Department of Children and Families; Sara E. Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals (Tallahassee); Kubicki Draper, and Samantha Costas Valley (Jacksonville), for appellee Guardian ad Litem.

Before MILLER, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.